No. 2,273.—IN THE MATTER OF THE APPLICATION OF AVILLA MELVILLE FOR WRIT OF HABEAS CORPUS.

Decided January 31, 1906.

PER CURIAM.—Petitioner's application for writ of *habeas corpus* is hereby denied.

*Mr. Jesse B. Roote,* and *Mr. Peter Breen,* for Petitioner.

———

No. 2,281.—THE STATE OF MONTANA EX REL. JAKE ROSS, RELATOR, *v.* DISTRICT COURT OF THE NINTH JUDICIAL DISTRICT, AND HON. W. R. C. STEWART, JUDGE THEREOF, RESPONDENTS.

Original application for writ of review.

Decided February 17, 1906.

PER CURIAM.—Relator's petition for writ of review herein is hereby denied.

*Messrs. Galen & Mettler,* for Relator.